**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Cynthia E. Culbreath            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-11416 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc and index same on the master mailing list.

                                                    Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
08 Jun 2022, 09:58:23, EDT

                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322