```
BBVA Compass
Attn: Bankruptcy
P.O. Box 10566
Birmingham, AL 35296



BBVA Compass
Pnc Cb Investigations
Cleveland, OH 44101



Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130



Capital One
Po Box 31293
Salt Lake City, UT 84131



Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850



Chase Card Services
Po Box 15369
Wilmington, DE 19850



Connexus CU
Attn: Bankruptcy
Po Box 8026
Wausau, WI 54402



Connexus CU
1 Corporate Drive
Wausau, WI 54401
```

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054


Discover Financial
Po Box 30939
Salt Lake City, UT 84130


Dividend Sol
3661 Buchanan Street
San Francisco, CA 94123


IRS
PO BOX 7346
Philadelphia, PA 19101-7346


IRS
600 Arch Street, Room 5200
Philadelphia, PA 19106


Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201


Kohls/Capital One
Po Box 3115
Milwaukee, WI 53201


Macys/fdsb
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040


Macys/fdsb
Po Box 6789
Sioux Falls, SD 57117

Midland Fund
Attn: Bankruptcy
350 Camino De La Reine, Suite 100
San Diego, CA 92108


Midland Fund
320 East Big Beaver
Troy, MI 48083


Mr. Cooper
PO Box 60516
City of Industry, CA 91716


Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502


Portfolio Recovery Associates, LLC
120 Corporate Blvd Ste 100
Norfolk, VA 23502


Quicken Loans
Attn: Bankruptcy
1050 Woodward Avenue
Detroit, MI 48226


Quicken Loans
1050 Woodward Ave
Detroit, MI 48226


Synchrony Bank/Lowes
Attn:  Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Lowes
Po Box 956005
Orlando, FL 32896

```
Synchrony Bank/Sams
Attn: Bnakruptcy
Po Box 965060
Orlando, FL 32596


Synchrony Bank/Sams
Po Box 965005
Orlando, FL 32896


Synchrony Bank/TJX
Attn:  Bankruptcy
Po Box 965064
Orlando, FL 32896


Synchrony Bank/TJX
Po Box 965015
Orlando, FL 32896


Target Nb
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440


Target Nb
Po Box 673
Minneapolis, MN 55440


US attorney's office - eastern district
615 Chestnut Street
12 floor
Philadelphia, PA 19106
```