# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 22-11416-ELF

CYNTHIA E. CULBREATH

109 EDGLEY AVENUE

GLENSIDE, PA 19038

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CYNTHIA E. CULBREATH

    109 EDGLEY AVENUE

    GLENSIDE, PA 19038

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ.
    MARGOLIS EDELSTEIN
    170 S. INDEPENDENCE MALL W, STE 400
    PHILADELPHIA, PA 19106-

                                                                   /S/ Kenneth E. West

Date: 8/4/2022                                          _____

                                                                   Kenneth E. West, Esquire
                                                                   Chapter 13 Standing Trustee