05/03/2022 21:11 FAX 2155720714    CYNTHIA CULBREATH    ☒025

**Temple University Hospital**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA 19140

| Pay Group: | TB1-TUH Biweekly |
|---|---|
| Pay Begin Date: | 01/16/2022 |
| Pay End Date: | 01/29/2022 |

| Business Unit: | 610 |
|---|---|
| Advice #: | 000000001998470 |
| Advice Date: | 02/04/2022 |

Cynthia E. Culbreath
109 Edgley Avenue
Glenside, PA 19038

| Employee ID: | 800023861 |
|---|---|
| Department: | 2012200-Lab-Chemistry |
| Location: | Lab-Chemistry |
| Job Title: | SUPV, CLINICAL CHEMISTRY |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 44.040000 | 32.00 | 1,409.28 | 168.00 | 7,398.72 |
| Vacation | 44.040000 | 8.00 | 352.32 | 8.00 | 352.32 |
| FMLA Sick | 44.040000 | 40.00 | 1,761.60 | 40.00 | 1,761.60 |
| Holiday | | | 0.00 | 24.00 | 1,056.96 |
| TOTAL: | | 80.00 | 3,523.20 | 240.00 | 10,569.60 |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 214.08 | 639.70 |
| Fed MED/EE | 50.07 | 149.61 |
| Fed Withholdng | 259.98 | 775.01 |
| PA Withholdng | 106.01 | 318.03 |
| PA Unempl EE | 2.11 | 6.34 |
| PHILADELPHIA Withhol | 121.48 | 364.44 |
| TOTAL: | 753.73 | 2,253.13 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PEN CONTRB EE | 158.54 | 475.62 |
| PersChoice | 67.09 | 201.27 |
| Dental | 3.17 | 9.51 |
| OntW1 Park | 0.00 | 41.08 |
| TOTAL: | 228.80 | 727.48 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TUHS STD | 36.78 | 110.34 |
| Suppl Life | 24.42 | 73.26 |
| Suppl AD&D | 0.94 | 2.82 |
| TOTAL: | 62.14 | 186.42 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PersChoice | 268.38 | 805.14 |
| Dental | 9.55 | 28.65 |
| Vision | 0.96 | 2.88 |
| PEN CONTRB ER | 176.15 | 528.45 |
| Life | 0.33 | 0.99 |
| *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,523.20 | 3,294.40 | 753.73 | 290.94 | 2,478.53 |
| YTD | 10,569.60 | 9,842.12 | 2,253.13 | 913.90 | 7,402.57 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 17.16 |
| Sick | 4.60 |
| Personal | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000001998470 | Checking | XXXXXXXXXXX6029 | 2,478.53 |
| TOTAL: | | | 2,478.53 |

MESSAGE:

05/03/2022 21:12 FAX 2155720714     CYNTHIA CULBREATH     ☒026

**Temple University Hospital**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA 19140

| | |
|---|---|
| Pay Group: | TB1-TUH Biweekly |
| Pay Begin Date: | 01/30/2022 |
| Pay End Date: | 02/12/2022 |

| | |
|---|---|
| Business Unit: | 610 |
| Advice #: | 000000002004273 |
| Advice Date: | 02/18/2022 |

**Cynthia E. Culbreath**
109 Edgley Avenue
Glenside, PA 19038

| | |
|---|---|
| Employee ID: | 800023861 |
| Department: | 2012200-Lab-Chemistry |
| Location: | Lab-Chemistry |
| Job Title: | SUPV, CLINICAL CHEMISTRY |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 44.040000 | 72.00 | 3,170.88 | 240.00 | 10,569.60 |
| Vacation | 44.040000 | 8.00 | 352.32 | 16.00 | 704.64 |
| Holiday | | 0.00 | 0.00 | 24.00 | 1,056.96 |
| FMLA Sick | | | 0.00 | 40.00 | 1,761.60 |
| **TOTAL:** | | **80.00** | **3,523.20** | **320.00** | **14,092.80** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 214.08 | 853.78 |
| Fed MED/EE | 50.06 | 199.67 |
| Fed Withholding | 259.98 | 1,034.99 |
| PA Withholding | 106.01 | 424.04 |
| PA Uncmpl EE | 2.12 | 8.46 |
| PHILADELPHIA Withhol | 121.48 | 485.92 |
| **TOTAL:** | **753.73** | **3,006.86** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PEN CONTRB EE | 158.54 | 634.16 |
| PersChoice | 67.09 | 268.36 |
| Dental | 3.17 | 12.68 |
| OntW1 Park | 0.00 | 41.08 |
| **TOTAL:** | **228.80** | **956.28** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TUHS STD | 36.78 | 147.12 |
| Suppl Life | 24.42 | 97.68 |
| Suppl AD&D | 0.94 | 3.76 |
| **TOTAL:** | **62.14** | **248.56** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PersChoice | 268.38 | 1,073.52 |
| Dental | 9.55 | 38.20 |
| Vision | 0.96 | 3.84 |
| PEN CONTRB ER | 176.15 | 704.60 |
| Life | 0.33 | 1.32 |

*IMPUTED INCOME

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,523.20 | 3,294.40 | 753.73 | 290.94 | 2,478.53 |
| YTD | 14,092.80 | 13,136.52 | 3,006.86 | 1,204.84 | 9,881.10 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 13.78 |
| Sick | 8.30 |
| Personal | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000002004273 | Checking | XXXXXXXXXXX6029 | 2,478.53 |
| **TOTAL:** | | | **2,478.53** |

MESSAGE:

05/03/2022 21:12 FAX 2155720714　　　　　CYNTHIA CULBREATH　　　　　⌀027

**Temple University Hospital**
Temple Health Sys Buyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA 19140

| Pay Group: | TB1-TUH Biweekly |
|---|---|
| Pay Begin Date: | 02/13/2022 |
| Pay End Date: | 02/26/2022 |

| Business Unit: | 610 |
|---|---|
| Advice #: | 000000002013208 |
| Advice Date: | 03/04/2022 |

Cynthia E. Culbreath
109 Edgley Avenue
Glenside, PA 19038

| Employee ID: | 800023861 |
|---|---|
| Department: | 2012200-Lab-Chemistry |
| Location: | Lab-Chemistry |
| Job Title: | SUPV, CLINICAL CHEMISTRY |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | N/A |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| OT Stndard | 44.040000 | 6.50 | 286.26 | 6.50 | 286.26 |
| Regular | 44.040000 | 80.00 | 3,523.20 | 320.00 | 14,092.80 |
| EE RemissU | | | 549.50 | | 549.50 |
| Holiday | | 0.00 | 0.00 | 24.00 | 1,056.96 |
| Vacation | | 0.00 | 0.00 | 16.00 | 704.64 |
| FMLA Sick | | 0.00 | 0.00 | 40.00 | 1,761.60 |
| **TOTAL:** | | **86.50** | **3,809.46** | **406.50** | **17,902.26** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 231.83 | 1,085.61 |
| Fed MED/EE | 54.22 | 253.89 |
| Fed Withholdng | 294.33 | 1,329.32 |
| PA Withholdng | 131.66 | 555.70 |
| PA Unempl EE | 2.61 | 11.07 |
| PHILADELPHIA Withhol | 131.35 | 617.27 |
| **TOTAL:** | **846.00** | **3,852.86** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PEN CONTRB EE | 158.54 | 792.70 |
| PersChoice | 67.09 | 335.45 |
| Dental | 3.17 | 15.85 |
| OntW1 Park | 0.00 | 41.08 |
| **TOTAL:** | **228.80** | **1,185.08** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TUHS STD | 36.78 | 183.90 |
| Suppl Life | 24.42 | 122.10 |
| Suppl AD&D | 0.94 | 4.70 |
| **TOTAL:** | **62.14** | **310.70** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PersChoice | 268.38 | 1,341.90 |
| Dental | 9.55 | 47.75 |
| Vision | 0.96 | 4.80 |
| PEN CONTRB ER | 176.15 | 880.75 |
| Life | 0.33 | 1.65 |

*IMPUTED INCOME

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,809.46 | 3,580.66 | 846.00 | 290.94 | 2,672.52 |
| YTD | 17,902.26 | 16,717.18 | 3,852.86 | 1,495.78 | 12,553.62 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 18.40 |
| Sick | 12.00 |
| Personal | 0.00 |

### NET PAY DISTRIBUTION

Advice #000000002013208

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | XXXXXXXXXXX6029 | 2,672.52 |
| **TOTAL:** | | **2,672.52** |

MESSAGE:

05/03/2022 21:13 FAX 2155720714          CYNTHIA CULBREATH          ☒028

**Temple University Hospital**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA 19140

| Pay Group: | TB1-TUH Biweekly |
|---|---|
| Pay Begin Date: | 03/13/2022 |
| Pay End Date: | 03/26/2022 |

| Business Unit: | 610 |
|---|---|
| Advice #: | 000000002026426 |
| Advice Date: | 04/01/2022 |

Cynthia E. Culbreath
109 Edgley Avenue
Glenside, PA 19038

| Employee ID: | 800023861 |
|---|---|
| Department: | 2012200-Lab-Chemistry |
| Location: | Lab-Chemistry |
| Job Title: | SUPV, CLINICAL CHEMISTRY |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 44.040000 | 64.00 | 2,818.56 | 464.00 | 20,434.56 |
| Vacation | 44.040000 | 16.00 | 704.64 | 32.00 | 1,409.28 |
| EE RemissU | | | 549.50 | | 1,648.50 |
| OT Stndard | | | 0.00 | 6.50 | 286.26 |
| Holiday | | | 0.00 | 24.00 | 1,056.96 |
| FMLA Sick | | | 0.00 | 40.00 | 1,761.60 |
| **TOTAL:** | | **80.00** | **3,523.20** | **566.50** | **24,948.66** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 211.53 | 1,508.68 |
| Fed MED/EE | 49.47 | 352.84 |
| Fed Withholdng | 255.05 | 1,839.42 |
| PA Withholdng | 122.88 | 801.46 |
| PA Unempl EE | 2.45 | 15.96 |
| PHILADELPHIA Withhol | 121.48 | 860.23 |
| **TOTAL:** | **762.86** | **5,378.59** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PEN CONTRB EE | 158.54 | 1,109.78 |
| PersChoice | 67.09 | 469.63 |
| Dental | 3.17 | 22.19 |
| OntW1 Park | 41.08 | 123.24 |
| **TOTAL:** | **269.88** | **1,724.84** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TUHS STD | 36.78 | 257.46 |
| Suppl Life | 24.42 | 170.94 |
| Suppl AD&D | 0.94 | 6.58 |
| **TOTAL:** | **62.14** | **434.98** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PersChoice | 268.38 | 1,878.66 |
| Dental | 9.55 | 66.85 |
| Vision | 0.96 | 6.72 |
| PEN CONTRB ER | 176.15 | 1,233.05 |
| Life | 0.33 | 2.31 |

*IMPUTED INCOME

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,523.20 | 3,253.32 | 762.86 | 332.02 | 2,428.32 |
| YTD | 24,948.66 | 23,223.82 | 5,378.59 | 2,159.82 | 17,410.25 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 11.64 |
| Sick | 19.40 |
| Personal | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000002026426 | Checking | XXXXXXXXXX6029 | 2,428.32 |
| **TOTAL:** | | | **2,428.32** |

MESSAGE:

05/03/2022 21:13 FAX 2155720714          CYNTHIA CULBREATH                   ☐029

**Temple University Hospital**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA 19140

| | |
|---|---|
| Pay Group: | TB1-TUH Biweekly |
| Pay Begin Date: | 03/27/2022 |
| Pay End Date: | 04/09/2022 |

| | |
|---|---|
| Business Unit: | 610 |
| Advice #: | 000000002035438 |
| Advice Date: | 04/15/2022 |

Cynthia E. Culbreath
109 Edgley Avenue
Glenside, PA 19038

| | |
|---|---|
| Employee ID: | 800023861 |
| Department: | 2012200-Lab-Chemistry |
| Location: | Lab-Chemistry |
| Job Title: | SUPV, CLINICAL CHEMISTRY |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | | Current | YTD |
| Regular | 44.040000 | 72.00 | 3,170.88 | 536.00 | 23,605.44 | Fed OASDI/EE | | 211.54 | 1,720.22 |
| Sick Leave | 44.040000 | 8.00 | 352.32 | 8.00 | 352.32 | Fed MED/EE | | 49.47 | 402.31 |
| EE RemissU | | | 549.50 | | 2,198.00 | Fed Withholdng | | 255.05 | 2,094.47 |
| OT Stndard | | | 0.00 | 6.50 | 286.26 | PA Withholdng | | 122.88 | 924.34 |
| Holiday | | | 0.00 | 24.00 | 1,056.96 | PA Unempl EE | | 2.44 | 18.40 |
| Vacation | | | 0.00 | 32.00 | 1,409.28 | PHILADELPHIA Withhol | | 121.48 | 981.71 |
| FMLA Sick | | | 0.00 | 40.00 | 1,761.60 | | | | |
| **TOTAL:** | | **80.00** | **3,523.20** | **646.50** | **28,471.86** | **TOTAL:** | | **762.86** | **6,141.45** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PEN CONTRB EE | 158.54 | 1,268.32 |
| PersChoice | 67.09 | 536.72 |
| Dental | 3.17 | 25.36 |
| OntW1 Park | 41.08 | 164.32 |
| **TOTAL:** | **269.88** | **1,994.72** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TUHS STD | 36.78 | 294.24 |
| Suppl Life | 36.63 | 207.57 |
| Suppl AD&D | 0.94 | 7.52 |
| **TOTAL:** | **74.35** | **509.33** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PersChoice | 268.38 | 2,147.04 |
| Dental | 9.55 | 76.40 |
| Vision | 0.96 | 7.68 |
| PEN CONTRB ER | 176.15 | 1,409.20 |
| Life | 0.33 | 2.64 |
| *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,523.20 | 3,253.32 | 762.86 | 344.23 | 2,416.11 |
| YTD | 28,471.86 | 26,477.14 | 6,141.45 | 2,504.05 | 19,826.36 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 16.26 |
| Sick | 15.10 |
| Personal | 0.00 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000002035438 | Checking | XXXXXXXXXXX6029 | 2,416.11 |
| **TOTAL:** | | | **2,416.11** |

**MESSAGE:**

05/03/2022 21:14 FAX 2155720714          CYNTHIA CULBREATH                      ☐030

**Temple University Hospital**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA 19140

| Pay Group: | TB1-TUH Biweekly |
|---|---|
| Pay Begin Date: | 04/10/2022 |
| Pay End Date: | 04/23/2022 |

| Business Unit: | 610 |
|---|---|
| Advice #: | 000000002041230 |
| Advice Date: | 04/29/2022 |

Cynthia E. Culbreath
109 Edgley Avenue
Glenside, PA 19038

| Employee ID: | 800023861 |
|---|---|
| Department: | 2012200-Lab-Chemistry |
| Location: | Lab-Chemistry |
| Job Title: | SUPV, CLINICAL CHEMISTRY |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 44.040000 | 72.00 | 3,170.88 | 608.00 | 26,776.32 |
| Vacation | 44.040000 | 8.00 | 352.32 | 40.00 | 1,761.60 |
| EE RemissU | | | 549.50 | | 2,747.50 |
| OT Stndard | | | 0.00 | 6.50 | 286.26 |
| Holiday | | | 0.00 | 24.00 | 1,056.96 |
| FMLA Sick | | | 0.00 | 40.00 | 1,761.60 |
| Sick Leave | | | 0.00 | 8.00 | 352.32 |
| **TOTAL:** | | **80.00** | **3,523.20** | **726.50** | **31,995.06** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 211.53 | 1,931.75 |
| Fed MED/EE | 49.47 | 451.78 |
| Fed Withholdng | 255.05 | 2,349.52 |
| PA Withholdng | 122.88 | 1,047.22 |
| PA Unempl EE | 2.45 | 20.85 |
| PHILADELPHIA Withhol | 121.48 | 1,103.19 |
| **TOTAL:** | **762.86** | **6,904.31** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PEN CONTRB EE | 158.54 | 1,426.86 |
| PersChoice | 67.09 | 603.81 |
| Dental | 3.17 | 28.53 |
| OntW1 Park | 41.08 | 205.40 |
| **TOTAL:** | **269.88** | **2,264.60** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TUHS STD | 36.78 | 331.02 |
| Suppl Life | 36.63 | 244.20 |
| Suppl AD&D | 0.94 | 8.46 |
| **TOTAL:** | **74.35** | **583.68** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PersChoice | 268.38 | 2,415.42 |
| Dental | 9.55 | 85.95 |
| Vision | 0.96 | 8.64 |
| PEN CONTRB ER | 176.15 | 1,585.35 |
| Life | 0.33 | 2.97 |

*IMPUTED INCOME

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,523.20 | 3,253.32 | 762.86 | 344.23 | 2,416.11 |
| YTD | 31,995.06 | 29,730.46 | 6,904.31 | 2,848.28 | 22,242.47 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 12.88 |
| Sick | 17.40 |
| Personal | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000002041230 | Checking | XXXXXXXXXXX6029 | 2,416.11 |
| **TOTAL:** | | | **2,416.11** |

MESSAGE:

06/15/2022 12:27 FAX 2155720714          CYNTHIA CULBREATH          ☑ 003

| Temple University Hospital<br>Temple Health Sys Boyer Pavilion, 3509 N Broad Street<br>9th Floor<br>Philadelphia, PA 19140 | Pay Group: TB1-TUH Biweekly<br>Pay Begin Date: 04/24/2022<br>Pay End Date: 05/07/2022 | Business Unit: 610<br>Advice #: 000000002050191<br>Advice Date: 05/13/2022 |
|---|---|---|

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Cynthia E. Culbreath<br>109 Edgley Avenue<br>Glenside, PA 19038 | Employee ID: 800023861<br>Department: 2012200-Lab-Chemistry<br>Location: Lab-Chemistry<br>Job Title: SUPV, CLINICAL CHEMISTRY | | Marital Status: | Married | N/A |
| | | | Allowances: | N/A | N/A |
| | | | Addl. Percent: | N/A | |
| | | | Addl. Amount: | | |

### HOURS AND EARNINGS / TAXES

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 44.040000 | 80.00 | 3,523.20 | 688.00 | 30,299.52 | Fed OASDI/EE | 211.54 | 2,143.29 |
| EE RemissU | | | 549.50 | | 3,297.00 | Fed MED/EE | 49.47 | 501.25 |
| OT Stndard | | | 0.00 | 6.50 | 286.26 | Fed Withholdng | 255.05 | 2,604.57 |
| Holiday | | | 0.00 | 24.00 | 1,056.96 | PA Withholdng | 122.88 | 1,170.10 |
| Vacation | | | 0.00 | 40.00 | 1,761.60 | PA Unempl EE | 2.44 | 23.29 |
| FMLA Sick | | | 0.00 | 40.00 | 1,761.60 | PHILADELPHIA Withhol | 121.48 | 1,224.67 |
| Sick Leave | | | 0.00 | 8.00 | 352.32 | | | |
| TOTAL: | | 80.00 | 3,523.20 | 806.50 | 35,518.26 | TOTAL: | 762.86 | 7,667.17 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| PEN CONTRB EE | 158.54 | 1,585.40 | TUHS STD | 36.78 | 367.80 | PersChoice | 268.38 | 2,683.80 |
| PersChoice | 67.09 | 670.90 | Suppl Life | 36.63 | 280.83 | Dental | 9.55 | 95.50 |
| Dental | 3.17 | 31.70 | Suppl AD&D | 0.94 | 9.40 | Vision | 0.96 | 9.60 |
| OntW1 Park | 41.08 | 246.48 | | | | PEN CONTRB ER | 176.15 | 1,761.50 |
| | | | | | | Life | 0.33 | 3.30 |
| TOTAL: | 269.88 | 2,534.48 | TOTAL: | 74.35 | 658.03 | *IMPUTED INCOME | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,523.20 | 3,253.32 | 762.86 | 344.23 | 2,416.11 |
| YTD | 35,518.26 | 32,983.78 | 7,667.17 | 3,192.51 | 24,658.58 |

| BENEFIT TIME | BALANCE | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| Vacation | 17.50 | Account Type | Account Number | | Deposit Amount |
| Sick | 17.40 | Advice #000000002050191 Checking | XXXXXXXXXXX6029 | | 2,416.11 |
| Personal | 0.00 | | | | |
| | | TOTAL: | | | 2,416.11 |

MESSAGE:

06/15/2022 12:26 FAX 2155720714         CYNTHIA CULBREATH                 ☒002

**Temple University Hospital**
Temple Health Sys Boyer Pavilion, 3509 N Broad Street
9th Floor
Philadelphia, PA 19140

| Pay Group: | TB1-TUH Biweekly |
|---|---|
| Pay Begin Date: | 05/08/2022 |
| Pay End Date: | 05/21/2022 |

| Business Unit: | 610 |
|---|---|
| Advice #: | 000000002057641 |
| Advice Date: | 05/27/2022 |

Cynthia E. Culbreath
109 Edgley Avenue
Glenside, PA 19038

| Employee ID: | 800023861 |
|---|---|
| Department: | 2012200-Lab-Chemistry |
| Location: | Lab-Chemistry |
| Job Title: | SUPV, CLINICAL CHEMISTRY |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | N/A | N/A |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 44.040000 | 72.00 | 3,170.88 | 760.00 | 33,470.40 |
| Vacation | 44.040000 | 8.00 | 352.32 | 48.00 | 2,113.92 |
| OT Standard | | | 0.00 | 6.50 | 286.26 |
| Holiday | | | 0.00 | 24.00 | 1,056.96 |
| FMLA Sick | | | 0.00 | 40.00 | 1,761.60 |
| Sick Leave | | | 0.00 | 8.00 | 352.32 |
| EE RemissU | | | 0.00 | | 3,297.00 |
| **TOTAL:** | | **80.00** | **3,523.20** | **886.50** | **39,041.46** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed OASDI/EE | 211.53 | 2,354.82 |
| Fed MED/EE | 49.48 | 550.73 |
| Fed Withholdng | 255.05 | 2,859.62 |
| PA Withholdng | 106.01 | 1,276.11 |
| PA Uncmpl EE | 2.11 | 25.40 |
| PHILADELPHIA Withhol | 121.48 | 1,346.15 |
| **TOTAL:** | **745.66** | **8,412.83** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PEN CONTRB EE | 158.54 | 1,743.94 |
| PersChoice | 67.09 | 737.99 |
| Dental | 3.17 | 34.87 |
| OntW1 Park | 41.08 | 287.56 |
| **TOTAL:** | **269.88** | **2,804.36** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TUHS STD | 36.78 | 404.58 |
| Suppl Life | 36.63 | 317.46 |
| Suppl AD&D | 0.94 | 10.34 |
| **TOTAL:** | **74.35** | **732.38** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| PersChoice | 268.38 | 2,952.18 |
| Dental | 9.55 | 105.05 |
| Vision | 0.96 | 10.56 |
| PEN CONTRB ER | 176.15 | 1,937.65 |
| Life | 0.33 | 3.63 |

*IMPUTED INCOME

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,523.20 | 3,253.32 | 745.66 | 344.23 | 2,433.31 |
| YTD | 39,041.46 | 36,237.10 | 8,412.83 | 3,536.74 | 27,091.89 |

| BENEFIT TIME | BALANCE |
|---|---|
| Vacation | 14.12 |
| Sick | 17.40 |
| Personal | 0.00 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000002057641 | Checking | XXXXXXXXXXX6029 | 2,433.31 |
| **TOTAL:** | | | **2,433.31** |

MESSAGE: