**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  CYNTHIA E. CULBREATH, | : | CHAPTER 13 |
| | : | |
| DEBTOR(S). | : | CASE NO.: 22-11416-ELF |
| | : | |
| | : | |

**CERTIFICATION OF SERVICE**

I, Michelle Lee, being duly sworn according to law, deposes and says that I served the Debtor's Payment Plan, filed on 6/15/2022, upon the following individuals listed below, by electronic means and/or first-class mail on 6/162022:

Kenneth E. West,
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Cynthia E. Culbreath
109 Edgley Avenue
Glenside, PA 19038

**ALL ATTORNEYS OF RECORD**
**ALL PARTIES ON CLERK'S SERVICE LIST**
**ALL CREDITORS AT THE ADDRESS LISTED ON THE MATRIX AND/OR at**
**the ADDRESS LISTED ON FILED PROOFS OF CLAIMS**
**And notice to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic filing constituting service of the filed document upon all of the parties required by Federal Rule of Bankruptcy Procedure 3020(b)(1) and all parties that have requested service of papers in this case.**

Respectfully Submitted,
/s/ Michelle Lee
Michelle Lee, Esquire
Margolis Edelstein
170 S Independence Mall W Ste 400E,
Philadelphia, PA 19106