Certificate Number: 15317-PAE-DE-036748833

Bankruptcy Case Number: 22-11416



15317-PAE-DE-036748833

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 9, 2022, at 10:34 o'clock PM PDT, Cynthia E Culbreath completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 10, 2022                    By:     /s/Janice Morla

Name:   Janice Morla

Title:   Counselor