# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cynthia E. Culbreath<br>Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc, its successors and/or assigns<br>Movant<br>vs.<br>Cynthia E. Culbreath<br>Debtor(s)<br><br>Kenneth E. West<br>Trustee | CHAPTER 13<br><br>NO. 22-11416 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc, which was filed with the Court on or about **July 25, 2022, docket number 19**.

Respectfully submitted,

/s/ Brian C. Nicholas, Esq.

Brian C. Nicholas, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: January 5, 2023