**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>CYNTHIA E. CULBREATH<br><br>Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-4, as owner of the Related Mortgage Loan,<br>      Movant<br><br>vs.<br><br>CYNTHIA E. CULBREATH,<br>      Debtor | Case No. 22-11416-elf<br>Chapter 13 |

**CERTIFICATION OF NO ANSWER REGARDING FEDERAL HOME LOAN MORTGAGE CORPORATION, AS TRUSTEE FOR FREDDIE MAC SEASONED CREDIT RISK TRANSFER TRUST, SERIES 2017-4, AS OWNER OF THE RELATED MORTGAGE LOAN'S MOTION TO APPROVE LOAN MODIFICATION (DE 48)**

The undersigned hereby certifies that, as of <u>February 8, 2023</u> the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion to Approve Loan Modification.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion to Approve Loan Modification. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before <u>February 7, 2023</u>

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  February 8, 2023                    Respectfully submitted,

                                              Brock & Scott, PLLC

                                              */s/ Matt Fissel*
                                              Andrew Spivack, PA Bar No. 84439
                                              Matt Fissel, PA Bar No. 314567
                                              Mario Hanyon, PA Bar No. 203993

Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>CYNTHIA E. CULBREATH<br><br>Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-4, as owner of the Related Mortgage Loan,<br>         Movant<br><br>vs.<br><br>CYNTHIA E. CULBREATH,<br>         Debtor | Case No. 22-11416-elf<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on February 8, 2023 to the following:

CYNTHIA E. CULBREATH
109 EDGLEY AVENUE
GLENSIDE, PA 19038

Georgette Miller, Debtor's Attorney
Dilworth Paxson LLP
1500 Market Street, Suite 3500e
Philadelphia, PA 19102
bky@dilworthlaw.com


Kenneth E. West, Bankruptcy Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of the U.S. Trustee, US Trustee
Robert N.C. Nix Federal Building
Suite 300
Philadelphia, PA 19107

                    */s/ Matt Fissel*
                    Andrew Spivack, PA Bar No. 84439
                    Matt Fissel, PA Bar No. 314567

Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com