**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Cynthia Culbreath                                CHAPTER 13

DEBTOR(S)                                BANKRUPTCY NO: 22-11416

**CERTIFICATION OF NO RESPONSE**

    I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Supplemental Application and Proposed Order on March 10, 2024, as shown in the Certification of Service filed in this matter, that more than 14 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

    I respectfully request that the Court enter the attached Order.


Dated: March 24, 2024                    /s/ Michelle Lee, Esq.
                                        Dilworth Paxson LLP
                                        1500 Market Street, Suite 3500E
                                        Philadelphia, PA 19102