# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Cynthia Culbreath | : | Chapter 13 |
| | : | |
| | : | |
| Debtor, | : | Bankruptcy No.  22-11416 |

## O R D E R

**AND NOW, this** __3rd__ **day of** __April__ **, 2024,** upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan is **APPROVED**.

_____
**Honorable Bankruptcy Judge**