*Form 167* (1/25)–doc 96 – 94, 95

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Cynthia E. Culbreath ) | Case No. 22–11416–amc |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Response by Debtor to Certification of Default of <i>Stipulation</i> Filed by MICHELLE L. MCGOWAN on behalf of Selene Finance, LP

on: 7/22/25

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003


Date: July 3, 2025                                               For The Court

                                                                       Timothy B. McGrath
                                                                       Clerk of Court