United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11416-amc |
| Cynthia E. Culbreath | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 03, 2025 | Form ID: 167 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia E. Culbreath, 109 Edgley Avenue, Glenside, PA 19038-4701 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 04 2025 00:01:00 | Federal Home Loan Mortgage Corporation, as truste, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 04 2025 00:01:00 | Federal Home Loan Mortgage Corporation, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 04 2025 00:01:00 | Federal Home Loan Mortgage Corporation, as trustee, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 04 2025 00:01:00 | Selene Finance, LP, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | SELENE FINANCE LP |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2025                                    Signature:        /s/Gustava Winters

Case 22-11416-amc Doc 97 Filed 07/05/25 Entered 07/06/25 00:33:31 Desc Imaged
Certificate of Notice Page 2 of 3

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 03, 2025 | Form ID: 167 | Total Noticed: 5 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2025 at the address(es) listed below:**

**Name**    **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor Federal Home Loan Mortgage Corporation as trustee for Freddie Mac Seasoned Credit Risk Transfer Tru andrew.spivack@brockandscott.com, wbecf@brockandscott.com

DENISE ELIZABETH CARLON
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

LORRAINE GAZZARA DOYLE
on behalf of Creditor Federal Home Loan Mortgage Corporation as trustee for Freddie Mac Seasoned Credit Risk Transfer Tr ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com

MICHELLE LEE
on behalf of Debtor Cynthia E. Culbreath bky@dilworthlaw.com

MICHELLE L. MCGOWAN
on behalf of Creditor Federal Home Loan Mortgage Corporation as trustee for Freddie Mac Seasoned Credit Risk Transfer Tr mimcgowan@raslg.com

MICHELLE L. MCGOWAN
on behalf of Creditor Selene Finance LP mimcgowan@raslg.com

MICHELLE L. MCGOWAN
on behalf of Creditor Federal Home Loan Mortgage Corporation mimcgowan@raslg.com

ROBERT BRIAN SHEARER
on behalf of Creditor Selene Finance LP rshearer@raslg.com

SHERRI DICKS
on behalf of Creditor Selene Finance LP sdicks@raslg.com, shrdlaw@outlook.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

*Form 167* (1/25)−doc 96 − 94, 95

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Cynthia E. Culbreath | ) | Case No. 22−11416−amc |
| | ) | |
| | ) | |
|   Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Response by Debtor to Certification of Default of <i>Stipulation</i> Filed by MICHELLE L. MCGOWAN on behalf of Selene Finance, LP

on: 7/22/25

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

Date: July 3, 2025                                                                                     For The Court

                                                                                                                                                              Timothy B. McGrath
                                                                                                                                                              Clerk of Court