IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cynthia E. Culbreath<br>       Debtor,<br><br>Rocket Mortgage, LLC s/b/m Nationstar<br>Mortgage LLC as servicer for Federal Home<br>Loan Mortgage Corporation, as trustee for<br>Freddie Mac Seasoned Credit Risk Transfer<br>Trust, Series 2017-4, as owner of the Related<br>Mortgage Loan<br>       Movant.<br>v.<br><br>Cynthia E. Culbreath<br>       Debtor/Respondent,<br><br>Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>       Additional Respondent. | BANKRUPTCY CASE NUMBER<br>22-11416-amc<br><br>CHAPTER 13 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC as Servicer for Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-4, as owner of the Related Mortgage Loan has filed a Motion for Relief, with the Court for relief from the automatic stay.

1.      **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

2.      **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before  March 6, 2026       **you or your attorney file a response to the Motion**. (*see instructions on next page).*

**3.      A hearing on the motion is scheduled to be held before the HONORABLE ASHELY M. CHAN on**  March 10, 2026              **at**      11:00am       **in Courtroom # 4, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.**

4.      **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5.        You may contact the Bankrutpcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5400 to find out whether the hearing has been cancelled because no one filed a response.

6.        If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

### **Filing Instructions**

7.        **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8.        **If you are not required to file electronically,** you must file your response at

United States Bankruptcy Court
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street
Philadelphia, PA 19107

**9.  If you mail your Response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:

/s/ William E. Miller
William E. Miller, 308951
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514, Wayne, PA 19087
Phone: (610) 278-6800
Fax: (847) 954-4809

Date: February 18, 2026