**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Cynthia E. Culbreath,<br>        Debtor.<br><br>Selene Finance, LP<br>        Movant,<br><br>         v.<br><br>Cynthia E. Culbreath,<br>        Debtor/Respondent,<br><br>Kenneth E. West,<br>        Trustee/Additional Respondent. | Bankruptcy No. 22-11416-amc<br><br>Chapter 13 |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Certification of Default of Stipulation filed by Selene Finance, LP [at Docket Entry No. 94] filed July 2, 2025.

Robertson, Anschutz, Schneid, Crane
& Partners, PLLC
Attorneys for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: (470) 321-7112

By: /s/Sherri R. Dicks
Sherri R. Dicks, Esquire
Pennsylvania Bar Number 90600
Email: sdicks@raslg.com